UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TINA R.,

    Plaintiff,

v.                                                        Case No. 24-10365
                                                        Hon. Denise Page Hood

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

                                                    /

## ORDER ACCEPTING REPORT AND RECOMMENDATION ON CROSS MOTIONS FOR SUMMARY JUDGMENT AND DISMISSING ACTION

      This matter is before the Court on Magistrate Judge David R. Grand's Report and Recommendation. [ECF No. 12] To date, no Objections have been filed to the Report and Recommendation and the time to file such has passed.

      Judicial review of the Commissioner's decision is limited in scope to determining whether the Commissioner employed the proper legal criteria in reaching his conclusion. *Garner v. Heckler,* 745 F.2d 383 (6th Cir. 1984). The credibility findings of an administrative law judge ("ALJ") must not be discarded lightly and should be accorded great deference. *Hardaway v. Secretary of Health and Human Services*, 823 F.2d 922, 928 (6th Cir. 1987). A district court's review of an ALJ's decision is not a de novo review. The district court may not resolve conflicts in the evidence nor decide questions of credibility. *Garner*, 745 F.2d at 397.

The decision of the Commissioner must be upheld if supported by substantial evidence, even if the record might support a contrary decision or if the district court arrives at a different conclusion. *Smith v. Secretary of HHS*, 893 F.2d 106, 108 (6th Cir. 1984); *Mullen v. Bowen*, 800 F.2d 535, 545 (6th Cir. 1986).

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusions for the proper reasons.   The Court agrees with the Magistrate Judge that the ALJ properly evaluated the evidence of record to reach the decision that Plaintiff is capable of performing certain jobs and is not disabled under the Act.

For the reasons set forth above and in the Report and Recommendation,

**IT IS ORDERED** that the Report and Recommendation of Magistrate Judge David R. Grand **[ECF No. 12]** is **ACCEPTED** and **ADOPTED** as this Court's findings of fact and conclusions of law.   The Administrate Law Judge's decision is **AFFIRMED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment **[ECF No. 8]** is **DENIED.**

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment **[ECF No. 10]** is **GRANTED.**

**IT IS FURTHER ORDERED** that this action is **DISMISSED** designated as **CLOSED** on the Court's docket.

<u>s/Denise Page Hood</u>
DENISE PAGE HOOD
United States District Judge

DATED:   March 21, 2025